IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAYMOND FLETCHER and PATRICIA FLETCHER,<br><br>        Plaintiffs,<br><br>    vs.<br><br>AJAX MAGNETHERMIC CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 14-cv-765-JPG-PMF<br>Case No. 14-cv-779-JPG-DGW |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes.  The Court notes that *Fletcher, et al. v. Ajax Magnethermic Corporation, et al.*, Case No. 14-cv-765-JPG-PMF and *Fletcher, et al. v. Ajax Magnethermic Corporation, et al.*, Case No. 14-cv-779-JPG-DGW were both removed from the Circuit Court for the Third Judicial Circuit, Madison County, Illinois, Case Number 14-L-644.  Because these cases are identical, the Court **DIRECTS** the Clerk of Court to **CONSOLIDATE** case numbers 14-cv-765-JPG-PMF and 14-cv-779-JPG-DGW.  All future filings in this case shall be filed under 14-cv-765-JPG-PMF and Magistrate Judge Philip M. Frazier shall be the magistrate judge assigned to this consolidated case.

**IT IS SO ORDERED.**

**DATED:** August 14, 2014

                                                            s/ J. Phil Gilbert
                                                            **J. PHIL GILBERT**
                                                            **DISTRICT JUDGE**